No. 72–5599. WRENN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–5601. MINER v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 72–5602. ROSS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–5603. MCCOY v. EGELER, ACTING WARDEN. C. A. 6th Cir. Certiorari denied.

No. 72–5606. OCHOA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–5608. HEINDL v. WASHINGTON TERMINAL Co. Ct. App. D. C. Certiorari denied.

No. 72–5610. TAYLOR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–5611. MINOR v. CUPP, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 72–5613. KEANE v. SMITH. Sup. Ct. Conn. Certiorari denied.

No. 72–5614. CHAMPAGNE ET AL. v. PENROD DRILLING Co. C. A. 5th Cir. Certiorari denied.

No. 72–5615. HOUSER v. GEARY, SHERIFF, ET AL. C. A. 9th Cir. Certiorari denied.

No. 72–5616. CHIODI v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 72–5620. BAILEY v. TODD. Ct. App. Ga. Certiorari denied.